UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 3:12-cr-263 (SRU) |
| CARLOS NOVELLI | |

## RESTITUTION ORDER

The defendant, CARLOS NOVELLI, is ordered to pay $1,710,963.00 in restitution, pursuant to 18 U.S.C. §§ 3663, *et seq.* The total restitution shall be distributed to the following victims in the amount and order set forth below, to be joint and several with any related co-defendants, including but not limited to related co-defendants from cases 3:12-cr-101 (SRU), 3:12-cr-258 (SRU), and 3:12-cr-255 (SRU):

First, *pro rata* to debtor victims:

| VICTIM | AMOUNT |
|---|---|
| Ana Maria Gomez<br>4415 International Ct., apt. 41<br>Berrier Springs, MI 49103 | $30,000 |
| Philip D. Mayer<br>10 Coral Portage<br>Sioux Narrows, ON P0x 1n0<br>Canada | $848.00 |

Then *pro rata* to client victims:

| VICTIM | AMOUNT |
|---|---|
| Dell Financial Services<br>One Dell Way<br>Round Rock, TX 78681 | $474,802.00 |
| Department Store National Bank<br>9111 Duke Boulevard<br>Mason, OH 45040 | $4,000.00 |
| Florida Power and Light Company<br>9250 West Flagler Street<br>Miami, FL 33174 | $102.00 |

| | |
|---|---:|
| Hyundai Capital America<br>10550 Talbert Avenue<br>Fountain Valley, CA 92708 | $720.00 |
| International Portfolio<br>1950 Butler Pike, #115<br>Conshohocken, PA 19428 | $57.00 |
| Laboratory Corp of America Holdings<br>1250 Chapel Hill Road<br>Burlington, NC 27215 | $198,877.00 |
| Suffolk County Community College<br>533 College Road<br>Selden, NY 11784 | $21,218.00 |
| Sallie Mae, Inc.<br>8350 Craig Street<br>Indianapolis, IN 46250 | $16,000.00 |
| Penn Foster (Education Direct)<br>925 Oak Street<br>Scranton, PA 18515 | $57.00 |
| Victory Memorial Hospital<br>9036 7th Avenue<br>Brooklyn, NY 11228 | $36.00 |
| Verizon Wireless<br>295 Parkshore Drive<br>Folsom, CA 95630 | $12,016.00 |
| Washington Mutual<br>20855 Stone Oak Parkway<br>San Antonio, TX 78258 | $11,030.00 |
| Chase Home Finance Recovery Group<br>3415 Vision Drive<br>Columbus, OH 43219 | $941,200.00 |

For a total of $1,710,963.00 in restitution.

It is so ordered.

Dated at Bridgeport, Connecticut, this 16th day of March 2015.

/s/ STEFAN R. UNDERHILL

Stefan R. Underhill
United States District Judge